To The UNITED STATES DISTRICT COURT CLERK Case number 2:22-CV-1499 which the plaintiff Shaun D. DAVIS is sending copy's of all the exibits and motion of discovery to the court which stating all the details and facts how each of these parties violated the plaintiff Civil Federal Consititution rights 1, 4, 5, 8, 14, 15 amendment rights which it is another parties to add is Sgt. Davis who is with Valley Police Dept see Exibit (C) below which is highlighted at the bottom the plaintiff is doing the best he can by presented this complaint to the best of his knowledge to this Honorable Court due to not having and attorney at this time.

Rule 3.1
Rule 3.2

Arrest warrant wasn't issued upon a Complaint shall be signed by the issuing judge or Magistrate but wasn't nor and Summons was command to the report to to designated place to be photographed or finger printed see Exibit (A) that were to force the plaintiff to get his car but instead the police officer J. Conway detain him first then put the so-call complaint active without and sworn affidavit

1.

So the plaintiff ask officer Conway numerious of times what is the Charge for so officer Conway force handcuff on the plaintiff and stated I will tell you later but right now I got to get you book in, which from the begining officer Conway detain the plaintiff on a invaild Complaint which no Signature, sworn affidavit or a state seal See Exibit (A) about 10 to 15 minutes later officer Conway show the plaintiff what he were charge with then the name were print **out** on it See Exibit B, Rule 4 states Issuance upon the filing of the Complaint or other document required to be Served in the manner of an Original Complaint the Clerh shall forthwith issue the required Summons or other process for Service shall be Signed by the Clerh Showing the Case number assigned to the action. Chief Reynold lie under oath to obtain a warrant to arrest the plaintiff which entrapment is not avilable as a defense to the plaintiff, and also caused the plaintiff to be unconstitutionally arrested by presenting and invaild Complaint and no affidavit in Support which failed to establish probable Cause. on Exibit ( ) the police report is incurectly on the plaintiff which agent Huwell clearly says in his report when the incident happen which, on 3-21-2022 and that officer Stice were traveling South on Columbus Rd and stated a white vehicle traveling north going 80 mph but instead the Complaint were stated it

2

happen on the 20th day of march which agent howell stated to parole officer Allen in Exibit (D) that officer stice **observed** someone traveling in the excess of **speed of** 80 mph, these Exibits Clearly Says what each of these law enforcement officers did through the plaintiff proceeding to obtain and warrant which they knew that the plaintiff were on parole, the plaintiff were transported to the Chambers County Detention Facility and book in by Sgt. Bullard and Corp. Smith which the plaintiff ask them why wasn't the Complaint wasn't Stamp with Seal and a Supportive affidavit Smith Stated what they send it's what I go by. a few minutes pass by Corp Smith **receive** a phone Call from parole officer Allen, which officer Smith replying back stating I have him infront of me and request to put and hold on the plaintiff, The plaintiff request a Copy of his Complaint from Sgt. Bullard which he receive it a week later being redacted. ON 3-31-22 Exibt E parole officer Allen Serve the plaintiff a Copy of the parole revocation hearing which is held at the Chambers County Detention Facility, the plaintiff tried numerious of times to let parole officer Allen know about the Complaint wasn't right he stated to the plaintiff I don't care about that All I'm Concern is about your parole told the plaintiff you got to take that up with the police Dept, ON 4-13-22

3

The plaintiff hearing were held at the Chambers County Detention facility which the hearing officer John Piazza found the plaintiff guilty on hearsay evidence which former Valley police agent Lawrence and Parole officer told him which they didn't present all the evidence the plaintiff even let Capt. Thomas know about the situation but she look over the matter just because the plaintiff is on parole, and which the plaintiff fully understand the condition of parole and a privilege but the paroling authority must comply with the Constitutional requirements and may not determine parole eligility on improper grounds which parole should not be denied for false insufficient, or Capricious reasons. The plaintiff appear in Court on his Preliminary hearing which were on the 1st of aug, 2022, and beleive that his due process were violated by going to Court on a invaild warrant with no sworn affidavit, the plaintiff hearing were continued due to officer stice didn't show. On Sept 6, 2022 the plaintiff were transported to Kilby Corr. facility awaiting to go back for Court for his preliminary hearing the plaintiff sent copies of his complaint to his state Court appointed Attorney and Judge C. Milford showing them, explaining to them that my rights are being violated, attorney Harmon wrote the plaintiff back trying to flip the dates around and lying as well See Exibit (-)

4.

| State of Alabama<br>Unified Judicial System<br>Form CR-6   Rev. 8/98 | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations –<br>District Court or Municipal Court) | Warrant Number<br><br>Case Number |

## IN THE DISTRICT COURT OF CHAMBERS COUNTY, ALABAMA
## STATE OF ALABAMA v. SHAWN DEON DAVIS

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that   SHAWN DEON DAVIS
, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about   3/20/2022 3:00:00 PM   (date of occurrence) commit the offense of

1. POSS CONTR. SUBS. - 13A-012-212(A)(1)

2. POSSESS MARIHUANA 1ST DEGREE - 13A-012-213(A)(1)

within the

☑ County of   CHAMBERS
☐ City/Town of _____   or in the police jurisdiction thereof, in that he/she did:
*(State specific facts here. Continue on a separate sheet of paper if needed.)*

POSS CONTR. SUBS.: Shawn Deon Davis DID ON OR ABOUT March 20 2022, UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE, TO-WIT:36 pills tested positive for methamphetamines, WHILE AT OR NEAR Columbus Rd and School St in Valley Chambers COUNTY, ALABAMA.


POSSESS MARIHUANA 1ST DEGREE: Shawn Deon Davis ON OR ABOUT March 20 2022, AT OR NEAR Columbus Rd/School St COMMITTED THE CRIME OF UNLAWFUL POSSESSION OF MARIHUANA IN THE FIRST DEGREE BY POSSESSING MARIHUANA FOR OTHER THAN PERSONAL USE, TO-WIT: previously convicted on 11-21-2016 for Possession of Marihuana 2nd, IN VIOLATION OF SECTION 13A-12-213(A)(1) OF THE CODE OF ALABAMA 1975.


in violation of
☑ Section   13A-012-212(A)(1), 13A-012-213(A)(1), Code of Alabama 1975.
☐ Municipal Ordinance Number _____ , which embraces Section _____
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this
   day of _____

Complainant Signature _____


Judge/Magistrate/Warrant Clerk _____

| State of Alabama Unified Judicial System  Form CR-6   Rev. 8/98 | **COMPLAINT** (Felonies, Misdemeanors, or Violations - District Court or Municipal Court) | Warrant Number 12-WR-2022-900352.00  Case Number |
|---|---|---|

## IN THE DISTRICT COURT OF CHAMBERS COUNTY, ALABAMA

## STATE OF ALABAMA v. SHAWN DEON DAVIS

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that  SHAWN DEON DAVIS , defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 3/20/2022 3:00:00 PM _____ (date of occurrence) commit the offense of

1. POSS CONTR. SUBS. - 13A-012-212(A)(1)

2. POSSESS MARIHUANA 1ST DEGREE - 13A-012-213(A)(1)

within the

☑ County of    CHAMBERS

☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she did:

*(State specific facts here. Continue on a separate sheet of paper if needed.)*

POSS CONTR. SUBS.: Shawn Deon Davis DID ON OR ABOUT March 20 2022, UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE, TO-WIT: 36 pills tested positive for methamphetamines, WHILE AT OR NEAR Columbus Rd and School St in Valley Chambers COUNTY, ALABAMA.

POSSESS MARIHUANA 1ST DEGREE: Shawn Deon Davis ON OR ABOUT March 20 2022, AT OR NEAR Columbus Rd/School St COMMITTED THE CRIME OF UNLAWFUL POSSESSION OF MARIHUANA IN THE FIRST DEGREE BY POSSESSING MARIHUANA FOR OTHER THAN PERSONAL USE, TO-WIT: previously convicted on 11-21-2016 for Possession of Marihuana 2nd, IN VIOLATION OF SECTION 13A-12-213(A)(1) OF THE CODE OF ALABAMA 1975.

in violation of

☑ Section    13A-012-212(A)(1), 13A-012-213(A)(1), Code of Alabama 1975.

☐ Municipal Ordinance Number _____ , which embraces Section _____ Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

☐ Other

Sworn to and Subscribed before me this

21st  day of   March  ,  2022

/s/Lawrence Howell
Complainant Signature
Lawrence Howell

/s/ann edge
Judge/Magistrate/Warrant Clerk

3347560359


Exhibit C

BACK — THIS SIDE OF FORM IS CONFIDENTIAL UNLESS RELEASED AT THE DISCRETION OF THE CHIEF LAW ENFORCEMENT OFFICER

EXHIBIT C

# Incident/Offense Report - Continued

- 83 Date of Report (MM/DD/YY): 3 / 21 / 2022
- 84 Time of Report: 11:49 AM
- 85 Agency Case Number: 22-12-0098N
- 87: ☒ Offender

## Victim Information

- 94 Victim #: 1
- 103 Address: 5220 Fairfax Bypass, Valley, AL 36854
- 123 Place of Occurrence: Columbus Rd/School St Valley, AL 36854
- 126 Circumstances: Homicide & Assault
- 127 Location: Rape

## Suspect Information

- 132 Off #: (A)0
- 133 Name: DAVIS, SHAWN DEON
- 136 Social Security #: 301708942
- 137 Race: B
- 138 Sex: M
- 139 Date of Birth: 2/20/1974
- 140 Age: 48
- 141 Address: 1043 CAMELLIA ST VALLEY, AL 36854
- 142 HGT: 5'9"
- 143 WGT: 180
- 145 Language: English
- 147 Eye: Brown
- 148 Hair: Black
- 149 Complexion: Medium
- 150 Armed: No
- 153: ☒ Arrested

## Narrative

On the date and time above, Officer Stice with Valley patrol division was traveling South on Columbus Road in Valley, Chambers County Alabama. Officer Stice stated a white vehicle traveling North was clocked with his radar was speeding at 80 miles per hour. Officer Stice turned around, activated blue lights and siren to conduct a traffic stop and the vehicle would not pull over. The white vehicle pulled over a shop near School St and Columbus Rd. A black male jumped out, fled on foot and was not seen again until later. Officer Stice got the tag information and it came back to Shawn Davis. Officer Stice called for a wrecker to tow the vehicle. During the inventory of the vehicle, a Alabama drivers license was recovered from the drivers floor along with illegal narcotics. The license was Shawn Deon Davis. Agent Howell was notified and arrived at the scene. Agent Howell collected the evidence and spoke with Officer Stice and Sgt. Davis in reference to who the tag came back to and the license. Officer Stice did not know who the driver was but did state it was a black male driving. Agent Howell who is familiar with the driver did speak with a witness.

☒ Continued on Supplement

- 204 Continued on Supplement: ☒ Yes
- 209 Add. Cases Closed Narrative: ☒ Y

I hereby affirm that I have read this report and that all the information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person herein reported is returned.

Printed on 3/28/2022

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 79 Date and Time of Report 3 | 21 | 2022 | 11 : 49 | AM/PM | 80 Case # 22-112-00098N | 81 SFX |

**NARRATIVE**

The witness stated the driver of the vehicle was Shawn Deon Davis. Mr. Davis ran to the witness house, knocked on the door and ask to come in because the police were chasing him. Agent Howell signed warrants on Shawn Deon Davis for the illegal narcotics. Mr. Davis went to Valley police Department the next day to get his vehicle out of impound and was arrested there. Mr. Davis was transported to the Chambers County Detention Center without incident. Mr. Davis probation officer was also notified about the offense. Mr. Davis is currently on probation for life.

X Continued on Additional Supplement

Printed on 3/28/2022             TYPE OR PRINT IN BLACK INK ONLY

# ALABAMA UNIFORM ARREST REPORT

DOMESTIC VIOLENCE DUAL ARREST ☐

Fingerprinted: ☐ Yes ☒ No
R84 Completed: ☐ Yes ☒ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** AL0033100
- **2 Agency Name:** Alabama Drug Enforcement Task Force
- **3 Case #:** 22-12-0098N
- **5 Last, First, Middle Name:** DAVIS, SHAWN DEON
- **7 Sex:** M
- **8 Race:** B
- **9 Ethnicity:** Other — African American
- **10 Hgt:** 5'9"
- **11 Wgt:** 180
- **12 Eye:** Brown
- **13 Hair:** Black
- **14 Skin:** Medium
- **16 Place of Birth:** Valley, AL
- **17 SSN:** 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
- **18 Date of Birth:** 2/20/1974
- **19 Age:** 48
- **27:** ☒ Resident
- **28 Home Address:** 1043 CAMELLIA ST, VALLEY, AL, 36854

## ARREST

- **34 Location of Arrest:** 20 Fob James Dr, Valley, AL, 36854
- **36 Arrested for Your Jurisdiction?:** ☒ Yes — In State AL0120400
- **37 Condition of Arrestee:** ☒ Drugs
- **38 Resist Arrest?:** ☒ No
- **39 Injuries?:** ☒ None
- **40 Armed?:** ☒ No
- **42 Date of Arrest:** 3/21/2022
- **43 Time of Arrest:** 11:40
- **44 Day of Arrest:** M
- **45 Type of Arrest?:** ☒ On View
- **46 Arrested Before?:** ☒ No
- **47 Charge - 1:** ☒ Felony ☒ Completed — Dangerous Drugs-Marijuana-Possess
- **48 UCR Code:** 3562
- **49 Charge - 2:** ☒ Felony ☒ Completed — Dangerous Drugs-Methamphetamine-Po
- **50 UCR Code:** 3577
- **51 State Code/Local Ordinance:** 13A-12-213
- **54 State Code/Local Ordinance:** 13A-12-212
- **67 Arrest Disposition:** ☒ Held

## RELEASE

- **92 Date and Time of Release:** 3/20/2022 11:00 PM
- **94 Agency/Division:** Valley Patrol
- **97 Agency/Division:** AL0120000
- **98 Agency Address:** 105 Alabama Ave W Lafayette, Al 36862
- **99 Personal Property Released to Arrestee:** ☒ Yes

- **112 Arresting Officer:** Howell, Lawrence, A.  **113 ID #:** 608
- **116 Supervisor:** Smith, Steven  **ID #:** D951
- **117 Watch Cmdr.:** Seymour, L.  **ID #:** 0788

Printed on 3/28/2022    TYPE OR PRINT IN BLACK INK ONLY

**FRONT**     ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| 1 ORI # | AL0033100 |
| 2 Date of Report | 3/21/2022 |
| 3 Time of Report | 11:49 AM |
| 4 Type Report | Offense |
| 6 Agency Case Number | 22-12-0098N |
| 8 Agency Name | Alabama Drug Enforcement Task Force |
| 10 Type of Incident or Offense | ☒Felony ☒Completed — Dangerous Drugs-Marijuana-Possess |
| 11 Degree | 1st |
| 12 UCR Code | 3562 |
| 13 State Code/Local Ordinance | 13A-12-213 |
| 14 Type of Incident or Offense | ☒Felony ☒Completed — Dangerous Drugs-Methamphetamine-Possess |
| 15 Degree | N/A |
| 16 UCR Code | 3577 |
| 17 State Code/Local Ordinance | 13A-12-212 |
| 18 Place of Occurrence | Columbus Rd/School St, Valley, AL 36854 |
| 24 First Offender Suspected of Using | ☒ Drugs |
| 26 Hate Bias | None/Unknown |
| 27 Bias | No |
| 29 Point of Entry | — |
| 32 Lighting | 1 Natural |
| 33 Weather | 1 Clear |
| 34 Location Type | 13 Highway/Street |
| 35 Occurred from | Mar 19 2022 |
| 36 Time of Event | 3:00 PM |
| 37 Day of Week | S |
| 41 # Premises Entered | 0 |
| 42 Type Criminal Activity | Possessing/Concealing |
| 43 Victim Type | ☒ Society |

### Property

| 44 Loss Code | 45 Property Code | 46 Qty | 47 Property Description | 48 Dollar Value (Stolen) |
|---|---|---|---|---|
| C | 10 | 1 | Amphetamines/Methamphetamines 14.00 Gram(s); Marihuana in a baggie | 250.00 |
| C | 10 | 1 | Marijuana 1.50 Gram(s); 36 pills field tested positive for methamphetamines | 10.00 |

### Administration

| Field | Value |
|---|---|
| 74 Case Status | ☒ 1 Pending |
| 77 Case Disposition | ☒ Cleared by Arrest (Adult) |
| 78 Entered NCIC/ACJIC | ☒ No |
| 79 Reporting Officer | Lawrence A Howell — 608 |
| 80 Assisting Officer | Steven Smith — D951 |
| 82 Watch Commander | Darrell Seymour — 0788 |

Printed on 3/28/2022



# ALABAMA BUREAU OF PARDONS AND PAROLES
## PAROLE COURT

**Date:** 04/13/2022   **Location:** Chambers County Jail
**Subject:** Shaun Davis   **AIS:** 170492
**Hearing Officer:** John Piazza

**Charge No:** 1   **Violation of Condition No:** 8: New Offense Poss Contr. Subs.

### Witness

The following were heard as witnesses after answering affirmatively to:
Do you swear or affirm that you will tell the truth in this hearing?

    Name/Title: Officer Lawrence Howell

    Name/Title: Parole Officer Jonathan Allen

    Name/Title: Parolee Shaun Davis

### STATEMENT OF THE EVIDENCE RECEIVED
List and summarize all evidence received, use attachment if necessary

**Charge No:** 1   **Violation of Condition No:** 8: New Offense Poss Contr. Subs.
The parolee states that he has read and understands the charge and pleads Not Guilty

Officer Jonathan Allen called Chambers County Drug Task Force Agent Lawrence Howell who testified that on 3/20/22 the parolee's vehicle was observed by law enforcement traveling in excess of 80 MPH and stated that the officers involved initiated lights and sirens in an attempt to stop the vehicle. Agent Howell stated that he was advised by the officers that the vehicle refused to pull over and that eventually the pursuit ended with the driver of the vehicle, only identified as a black male, pulling into a station and fleeing the scene on foot. Agent Howell stated that the individual the officers observed fleeing from the vehicle was not apprehended at that time and stated that the parolee was taken into custody on these charges the next day when he came to the impound lot to pick up his car.

Agent Howell testified that the the registration was run on the vehicle by the officers on the scene and that the parolee came back as the registered owner. Agent Howell stated that he was advised by the officers conducting the search that while they were conducting an inventory search, prior to towing the vehicle, 36 pills, that later field tested positive for methamphetamine, were located as well as some marijuana . Agent Howell stated that he went out to the scene at that time and that he personally retrieved the pills and tested them on the scene. Agent Howell testified that the marijuana recovered from the parolee's vehicle was not field tested because based on his training and experience he is able to identify marijuana without a test. Agent Howell stated that the parolee's driver's license was also located in the car at the time of the inventory.

Agent Howell stated that a patrol officer searching for the parolee in the area where he was last seen advised him that he had spoken with resident who advised him that someone recently came to his door asking to be let inside because the police were chasing him. The officer advised Agent Howell that the homeowner denied the person entry into his home and Agent Howell testified that he was further advised by the officer that he searched the residence and the parolee was not there. Agent Howell stated that the resident later identified the parolee from a LETS photo that was shown to him. Agent Howell stated that they, the homeowner and the parolee, know each other. Agent Howell stated that the parolee, himself and the witness are all familiar with one another in the community.

Agent Howell testified that the address on the parolee's drivers license is located less than 2 miles from where

## Delinquent Charge or Charges

### Charge No 1

**Violation of Condition 8**
New Offense-Poss Contr. Subs.

**Legal Facts**
The offender was arrested on 03/21/2022 by the Valley Police Department for Poss Contr. Subs.. The court or case number is 12-WR-2022-900352.00. The bond amount is $0. The case status is Pending. An authorization of Arrest has been issued. The offender is in custody at Chambers County Detention Facility.

**Details**
According to the arrest warrant and officer statement, Davis was operating his personal vehicle on Sunday, 3/20/2022, in the area of Columbus Road traveling North. A traffic stop was attempted due to excessive speed. Prior to contact, Davis exited the vehicle and fled on foot. He was positively identified due to being the registered owner as well as contents inside the vehicle. During an inventory consistent with impounding the vehicle, Officer Stice located methamphetamine and marijuana in the driver's compartment. Agent Howell of the CCDTF was contacted and prepared warrants for Davis.

On 3/21/2022, Davis attempted to retrieve his vehicle from impound and was arrested on the active warrants as detailed in this report.

Davis is currently in custody at Chambers County Detention Facility on an Authorization of Arrest.

### Charge No 2

**Violation of Condition 8**
New Offense-Poss Marijuana 1st

**Legal Facts**
The offender was arrested on 03/21/2022 by the Valley Police Department for Poss Marijuana 1st. The court or case number is 12-WR-2022-900352.00. The bond amount is $0. The case status is Pending. An authorization of Arrest has been issued. The offender is in custody at Chambers County Detention Facility.

**Details**
The details of offense are contained in charge one.

**Supervision Summary:**
While I have supervised Davis over the previous year and a half or so, there has not been any real issues with Davis with the exception of an incident of Harassment, which Davis was ultimately found not guilty. Davis has maintained employment, reports as directed, and has not exhibited any concern.

**Recommendation:**
I recommend his parole be revoked.


Exibit C

stop occurred. Agent Howell testified that the parolee was charged with marijuana 1st due to a previous conviction for marijuana on 11/21/2016. Agent Howell stated that based on the recovery of the parolee's car, the parolee's drivers license inside the car, the identification of the parolee by the witness who stated that the parolee came to his residence asking to be let inside, the short time between the actual stop and the parolee attempting to retrieve his car and the fact that the parolee never reported the car as being stolen, the parolee was charged with possession of a controlled substance and possession of marijuana 1st.

The parolee had no questions for Agent Howell.

Agent Howell stated that dash cam footage of stop has been requested from the patrol officers.

The parolee stated that he had a wreck in that vehicle on February 4, 2022 and that numerous people have been working on that car since the accident. The parolee stated that he was at work on the date and time that the stop occurred and that he has a time sheet that verifies his statement. The parolee stated that his stepfather brought the paperwork to his parole officer a few weeks ago. The parolee stated that he was working on both the Saturday before and on the Sunday, the date of the stop, because the CEO of the company was coming in and they were getting the place ready. The parolee stated that he did not get off until 5:30 p.m. that Sunday and that he could not have been the driver of the car because he was working at Frazier Lumbar Yard. The parolee testified that he called the Chief about his car and the Chief advised him to come get the car from impound. The parolee stated that the Chief told him what was found in the car and also told him that no one was in trouble because there was no way to prove who was in the car. The parolee stated that when he went to get the car he was arrested by Officer Conway and further advised that there was no warrant for his arrest. The parolee stated that he was held without a legally signed warrant until it was signed. The parolee also noted that the warrant contains multiple misspelled words. The parolee stated that he was before the Judge last week on these charges and the Judge said that it looked like there could be some a legal issues with this case.

Parole Officer Jonathan Allen testified that the parolee would routinely come in to the parole office to report wearing his work uniform during the late afternoon hours and that the parolee would tell him during those visits that his employer would allow him to leave work to comply with the reporting rules of parole. Officer Allen testified that the parolee told him on previous occasions that that he was allowed to leave work without clocking out to come report, so it would have been entirely possible for the parolee to have "been on the clock" but not at work at the time of the stop.

I find the parolee is **GUILTY** of this charge of parole violation.

Completed by:   **John Piazza** — Hearing Officer on 04/13/2022

PB Form 8-4A
Distribution: Original – Board
Copy – File
Copy – Parolee





Exhibit E

L Block

Page 1 of 2

| State of Alabama<br>Unified Judicial System<br>Form CR-6   Rev. 8/98 | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations -<br>District Court or Municipal Court) | Warrant Number<br>12-WR-2022-900352.00<br>Case Number |

## IN THE DISTRICT COURT OF CHAMBERS COUNTY, ALABAMA
## STATE OF ALABAMA v. SHAWN DEON DAVIS

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that __SHAWN DEON DAVIS__, defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about __3/20/2022 3:00:00 PM__ (date of occurrence) commit the offense of

1. POSS CONTR. SUBS. - 13A-012-212(A)(1)

2. POSSESS MARIHUANA 1ST DEGREE - 13A-012-213(A)(1)

within the

☑ County of __CHAMBERS__
☐ City/Town of _____ or in the police jurisdiction thereof, in that he/she did:
*(State specific facts here. Continue on a separate sheet of paper if needed.)*

in violation of
☑ Section __13A-012-212(A)(1), 13A-012-213(A)(1), Code of Alabama 1975.__
☐ Municipal Ordinance Number _____, which embraces Section _____,
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other

Sworn to and Subscribed before me this
21st day of March, 2022

/s/ ann edge
Judge/Magistrate/Warrant Clerk

/s/Lawrence Howell
Complainant Signature
Lawrence Howell

3347560359



AlaFile E-Notice

12-DC-2022-930182.00
Judge: M CALVIN MILFORD JR



To: DAVIS SHAWN DEON
1043 CAMELLIA ST
VALLEY, AL, 36854-0000

# NOTICE OF CASE SETTING

IN THE COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA V. DAVIS SHAWN DEON
12-DC-2022-930182.00

The following matter is SET FOR HEARING

**D001 DAVIS SHAWN DEON**

MOTION/DEMAND FOR PRELIMINARY HEARING

[Filer: HARMON SUSAN KAY]

Hearing Date:   08/01/2022

Central Time

Location:

Notice Date:   7/1/2022 12:47:42 PM

LISA BURDETTE
CIRCUIT COURT CLERK
CHAMBERS COUNTY, ALABAMA
2 LAFAYETTE STREET
LAFAYETTE, AL, 36862

334-864-4348
lisa.burdette@alacourt.gov

ELECTRONICALLY FILED
8/1/2022 10:33 AM
12-DC-2022-930182.00
DISTRICT COURT OF
CHAMBERS COUNTY, ALABAMA
LISA BURDETTE, CLERK

## THE DISTRICT COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA            )

V.                          )  Case No.:   DC-2022-930182.00
                            )
DAVIS SHAWN DEON            )
Defendant.                  )

### AMENDED ORDER

DISREGARD THE PREVIOUS ORDER TO WAIVE

Preliminary hearing is hereby continued until October 3, 2022.

DONE this 1st day of August, 2022.

/s/ **M CALVIN MILFORD JR**
**DISTRICT JUDGE**

 

# SUSAN K. HARMON
### ATTORNEY AT LAW

108 First Street S.E.
P. O. Box 127
LaFayette, Alabama 36862

Phone: (334) 864-7263
Fax: (334) 864-7253
Email: SuZQ4Law@aol.com

---

10-31-22

Shaun Davis
AIS # 170492-M-16
Fountain Annex Work Center
3800 Fountain
Atmore, Al 36502

RE: Chambers County Case DC 22-930182

Dear Mr. Davis:

    This letter is in response to your recent letter received this date. First and foremost you were present in Court for the preliminary hearing 06-22-22- Officer Lawrence Howell was present and provided copies of the discovery to you and I on this date. You and I discussed this case and you told me this was the same testimony that was presented at your parole violation hearing in Lee County. There is a waiver filed on a later preliminary hearing date, because your preliminary hearing was on June 22, 2022 and by clerical error it got placed on several dockets after this date and had to be removed.

    Secondly, no person has contacted my office in regards to your case. No family, friends or any other person. If they contact my office I will refer them to you for release for me to talk with them, when and if this occurs.

    Your case will be presented to grand jury in January, 2023. If the grand jury finds there is enough evidence to indict you at this hearing you will be notified by myself and DOC. Once the case is presented to grand jury and I receive notice, you will be served with the indictment at the prison. Until this occurs, your case will continue to be bound over to grand jury.

    If for any reason you are released from DOC you must notify me immediately.

Best Regards,

Susan K Harmon
Attorney at Law



AlaFile E-Notice

12-DC-2022-930182.00
Judge: M CALVIN MILFORD JR

To: CLERK CHAMBERS
clerk.chambers@alacourt.gov

# NOTICE OF CASE SETTING

IN THE COURT OF CHAMBERS COUNTY, ALABAMA

STATE OF ALABAMA V. DAVIS SHAWN DEON
12-DC-2022-930182.00

The following matter is SET FOR HEARING

**D001 DAVIS SHAWN DEON**

MOTION/DEMAND FOR PRELIMINARY HEARING

[Filer: HARMON SUSAN KAY]

Hearing Date:   06/27/2022
Hearing Time:   09:00:00 AM        Central Time
Location:

Notice Date:    5/18/2022 11:57:31 AM

LISA BURDETTE
CIRCUIT COURT CLERK
CHAMBERS COUNTY, ALABAMA
2 LAFAYETTE STREET
LAFAYETTE, AL, 36862

334-864-4348
lisa.burdette@alacourt.gov