IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SHAUN D. DAVIS, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>AGENT LAWRENCE HOWELL, )<br>  )<br>    Defendant. ) | CIVIL ACTION NO.<br>3:23cv4-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit asserting that the defendant law enforcement officer violated his constitutional rights through various acts taken in connection with a traffic stop, criminal charge, and parole-revocation hearing. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2023.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE