IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
SHAUN D. DAVIS,               )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )       3:23cv4-MHT
                              )         (WO)
AGENT LAWRENCE HOWELL,        )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 30) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 28) is adopted.

(3) This lawsuit is dismissed without prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

(4) To the extent plaintiff challenges his current incarceration as a parole violator, his claims are dismissed without prejudice to the filing of a habeas

petition or other legal challenge to the charges in an appropriate court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of September, 2023.

                                                /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE